Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Palm Angels S.r.l.*





USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-9-2020

RECEIVED
JAN 08 2020
JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PALM ANGELS S.R.L.,<br><br>*Plaintiff*<br><br>v.<br><br>AAPE01, AINI008, ANDYS_TRIBE, ASSCER, BAGII, BELOYOU, BERNIEE, BESTSELLER009, BIDA-JOSH, BIGNEWS, BLUEBERRY07, BLUEBERRY12, BLUEDAILY, BOOSTSHOES700, BOYLONDON01, BUTTONHOLE, CACY, CAELEY, CAGNEY, CAIFUSHIJIA888, CHANBAI, CHAO01, CHARISMATIC_PERSONAL, CHENGXINSHOP888, CINDA01, CINDA02, CLOTHING_TRADE, CLOTHINGDH, CNFIRST, CUTE08, DESIGNER_BRAND08, DINGSOM, DONG666104, DONGGUAN_WHOLESALE, DUANHU, EASME, ELEGANTSTOREFEMALE, EVISUBOY, FACENORTHPALACE, FADACAI1688, FAFAFA168, FASHION_BRAND2131, FASHION_MEN, FASHION_PALACE, FASHIONGUYS, FASHIONSHOODIE, FASHIONSHOP0618, FLORENCE33, FOGBANK2012, GAODASHANG, GIV_SHOP, GODMEN, GOU02, GUANGZHOU18, GUCCIMENCLOTHES, HAIPISHOP, HANFEI001, HANFEI011, HAO421, HAPPY_WEDDINGS, HHWQ105, | **19-cv-11332 (LAK)**<br><br>[~~PROPOSED~~]<br>**ORDER TO UNSEAL** |

1

HIPHOPBOY, HIPHOPSHOP, HONEY333, HONHUI, ILOVEAPPLE, JUNLONG02, JUNQINGY, KANYEWEST, LADYLBDCLOTH, LAOCUNZHANG667788, LEONARD5001, LIFACAI1987, LINMEI0005, LINMEI0006, LORAL, LOVECLOTH, LOVEIT2017, MENGMENG2019, MENSUPSTORE, MINGXINMAOYI888, MIRROR_HOME, NECKSWEATER, NYSH, ODALIS, OLDRIVER, OMO001, OMO003, OMO005, ONEREPUBLIC2, OTTIE, PALM_HOME, PATAGONIA, PINGMEI, PRETTYAMAZING, QQ1239067373, QUOTA, REBECCO, REDBUD03, RI007, ROOTCOOL, SALOM, SHANSHAN01, SHEN05, SHEN8403, SHOPPING852, SHUANG17, SKYHOME, STONE_ISLAND66, STONESUPER, STUSSYBOY, SZGHHCOOL, TAO02, THENORTHFACE01, TUBI03, VINTAGECLOTHING, VLONE01, VLONES123, VOGOGIRL, WORKWELL, WOTAINANLE2, WQ3974, XINGYAN03, XIUMEI1688, XUEHANHAN, YI1BEI8SHUI3, YINGYINGYANYAN, YIZHAN01, YUYUAN7910, YYLIANG, ZHANGSANFAFAFA888, ZHENGRUI06, ZHENGRUI07, ZHIQIANGSHOPS888, ZHUNIN and ZTY007,

*Defendants*

WHEREAS the Court orders that this Action be unsealed and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**
SIGNED this ____ day of Jan., 2020, at _____.m.
New York, New York

_____
HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE