Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:  (212) 292-5390
Facsimile:  (212) 292-5391
*Attorneys for Plaintiff*
*Palm Angels S.R.L.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PALM ANGELS S.R.L., <br><br> *Plaintiff* <br><br> v. <br><br> AAPE01, *et al.*, <br> *Defendants* | CIVIL ACTION No. <br> 19-cv-11332 (LAK) |

**ORDER PARTIAL**
~~NOTICE~~ OF VOLUNTARY DISMISSAL — CLOTHING DH

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Palm Angels S.R.L. ("Palm Angels" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant Clothingdh in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: September 24, 2020

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY:  /s/ Brieanne Scully
    Brieanne Scully (BS 3711)
    bscully@ipcounselors.com
    EPSTEIN DRANGEL LLP
    60 East 42nd Street, Suite 2520
    New York, NY 10165
    Telephone:    (212) 292-5390
    Facsimile:    (212) 292-5391
    *Attorneys for Plaintiff*
    *Palm Angels S.R.L.*

**It is so ORDERED.**

Signed at New York, NY on __9/29__, 2020.

_____
Judge Lewis A. Kaplan
United States District Judge