Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:   (212) 292-5391
*Attorneys for Plaintiff*
*Palm Angels S.R.L.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PALM ANGELS S.R.L.,<br><br>*Plaintiff*<br><br>v.<br><br>AAPE01, *et al.*,<br>*Defendants* | CIVIL ACTION No.<br>19-cv-11332 (LAK) |

ORDER ~~NOTICE~~ OF PARTIAL VOLUNTARY DISMISSAL - DESIGNER_brand08 et al.

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Palm Angels S.R.L. ("Palm Angels" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendants Designer_brand08 and Vogogirl and Zhunin in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: April 28, 2020                                    Respectfully submitted,

                                                         **EPSTEIN DRANGEL LLP**

                                          BY:   __/s/ Brieanne Scully_____
                                                Brieanne Scully (BS 3711)
                                                bscully@ipcounselors.com
                                                EPSTEIN DRANGEL LLP
                                                60 East 42nd Street, Suite 2520
                                                New York, NY 10165
                                                Telephone:   (212) 292-5390
                                                Facsimile:   (212) 292-5391
                                                *Attorneys for Plaintiff*
                                                *Palm Angels S.R.L.*

**It is so ORDERED.**

Signed at New York, NY on____9____29_, 2020.

                                                _____
                                                Judge Lewis A. Kaplan
                                                United States District Judge