Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle (Yamali) Futterman (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:   (212) 292-5391
*Attorneys for Plaintiff*
*Palm Angels S.r.l.*

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PALM ANGELS S.R.L., <br><br> *Plaintiff* <br><br> v. <br><br> AAPE01, AINI008, ANDYS_TRIBE, ASSCER, BAGII, BELOYOU, BERNIEE, BESTSELLER009, BIDA-JOSH, BIGNEWS, BLUEBERRY07, BLUEBERRY12, BLUEDAILY, BOOSTSHOES700, BOYLONDON01, BUTTONHOLE, CACY, CAELEY, CAGNEY, CAIFUSHIJIA888, CHANBAI, CHAO01, CHARISMATIC_PERSONAL, CHENGXINSHOP888, CINDA01, CINDA02, CLOTHING_TRADE, CLOTHINGDH, CNFIRST, CUTE08, DESIGNER_BRAND08, DINGSOM, DONG666104, DONGGUAN_WHOLESALE, DUANHU, EASME, ELEGANTSTOREFEMALE, EVISUBOY, FACENORTHPALACE, FADACAI1688, FAFAFA168, FASHION_BRAND2131, FASHION_MEN, FASHION_PALACE, FASHIONGUYS, FASHIONSHOODIE, FASHIONSHOP0618, FLORENCE33, FOGBANK2012, GAODASHANG, GIV_SHOP, GODMEN, GOU02, GUANGZHOU18, GUCCIMENCLOTHES, HAIPISHOP, HANFEI001, HANFEI011, HAO421, HAPPY_WEDDINGS, HHWQ105, HIPHOPBOY, HIPHOPSHOP, HONEY333, HONHUI, ILOVEAPPLE, | **CIVIL ACTION No.** <br> **19-cv-11332 (LAK)** |

SO ORDERED /edited/

LEWIS A. KAPLAN, USDJ
6/2/22